469 A.2d 275

Commonwealth v. Africa, Appellant.

Submitted June 16, 1983. Gail Africa, appellant, in propria persona; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

469 A.2d 276

Commonwealth v. Bowers a/k/a Bowens, Appellant.

Submitted October 3, 1983. Joel P. Trigiani, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Order affirmed.